UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT



Bryan Steven

V.

Cassandra of Kimberly Hall North

Med-Works LLC

Lab-Corp LLC

NOV 14 2019 PM4:09
FILED-USDC-CT-HARTFORD

10/24/19

**MY MOTIONS TO OPEN A NEW CIVIL CLASS ACTION LAWSUIT AGAINST LISTED**

**Institutionalized discrimination** refers to the unjust and discriminatory mistreatment of an individual or group of individuals by society and its institutions as a whole, through unequal selection or bias, intentional or unintentional; as opposed to individuals making a conscious choice to discriminate- **Violations list The Berlin police dept. Complaint # 19000-19224 detective Camara 240 Kensington Rd # 2, Berlin, CT 06037 Tel # 1860-828-7080 & East Hartford police dept. Complaint 19-33315 Detective Varaiovl 31 School St, East Hartford, CT 06108 Tel # 1860-528-4401-lists of Violators below**

**Kimberly Hall North Cassandra, Dietary Aid Last Name unknown**

**Cell # 1203-887-2333 1 Emerson Dr, Windsor, CT 06095 1860-688-6443**

**Med-Works Inc. 375 East Cedar Street, Newington, CT 06111-1860-677-4418
LabCorp 2272 Berlin Turnpike Ste 2284, Newington, CT 06111 1(959) 230-4590**

Med-Works LLC had Lab-Corp LLC Injected me":(..!! with HIV-positive Lazarus Symptoms On & around 08-22-19 to 09/22/19 on that day when I when to take my urine physical drugs testing & then Sup-Casandra, of Kimberly Hall release of my job-position

& training claiming that some other employer from the Middle-town location desired my job position plus to move back home to Windsor CT & it was closer & covenant for them & that she needed my position and that my services was not needed anymore ever after I trying to pleading on my knees requesting no no I'm homeless living in my car with no means of supports to the Supervisor Ms. Casandra, of Kimberly hall.

Don't? if she could please put me in another job position that I'm equally trained in I'm still waiting Awaiting a call from Ms. Casandra, for work please see":( on & around 11/04/19 on that day the bubble that the clinician for Lab-Corp LLC-left in my right arm I rub it immediately it cost me to have an seizure & I was rushed to the emergency room at St. Francis Hospital, I'm filing A lawsuit Now I'm going to die because of evil for no good reason for all the wrong reason because of evil & dishonored for my human race see":(..!!? My test result negative & now I'm positive for HIV" wow that's a Crime.

**Nothing at all nothing I was sent by the PCA at Med-works located at 375 E Cedar St, Newington, CT 06111 To Lab-corps located at 2272 Berlin Turnpike Ste 2284, Newington, CT 061111(959) 230-4590**

"The standard of review for a court's denial of a motion to reargue is abuse of discretion.... When reviewing a decision for an abuse of discretion, every reasonable presumption should be given in favor of its correctness.... As with any discretionary action of the trial court ... the ultimate [question for appellate review] is whether the trial court could have reasonably concluded as it did...." (Citations omitted; internal quotation marks omitted.) Mengwall v. Rutkowski. 152 Conn. App. 459, 465-66, 102 A.3d 710 (2014). 19. (1949 Rev., S. 2407; 1961, P.A. 379, S. 2; 517, S. 15; 1963, P.A. 289; 595; February, 1965, P.A. 92; 1969, P.A. 450, S. 1, 2; 670, S. 1, 2; P.A.

73-253, S. 1; P.A. 75-577, S. 6, 126; P.A. 79-609, S. 1; P.A. 80-276, S. 1, 6; P.A. 84-372, S. 5, 9; P.A. 90-213, S. 7; P.A. 98-181, S. 2.). (1949 Rev., S. 7866; March, 1958, P.A. 27, S. 63; 1961, P.A. 378; 517, S. 41; 1967, P.A. 392; 1971, P.A. 127; P.A. 79-11; P.A. 82-160, S. 59; P.A. 84-141; P.A. 88-25; P.A. 94-30; P.A. 03-19, S. 117; 03-224, S. 9; P.A. 11-51, S. 11.)

A. **Racial Discrimination in the United States:**
B. With regard to employment, multiple Audit Studies, have found strong evidence of racial discrimination in the United States' labor market, with magnitudes of employers' preferences of white applicants found in these studies ranging from 50% to 240%. Other such studies have found significant evidence of discrimination in car sales, home insurance applications, provision of medical care, and hailing taxis, there is some debate regarding the method used to signal race in these studies. And they illegally injected me with dirty poison needle with one regards to race Nor the Statues of the Constitution of the United States of America & that a crime & its punishable by law that is illegal & unlawful & unjust see that is a Violation of my human right especially it's a Violations.

Against the lords of lords worse it's a Violation against the Higher lord God amen the holy bible explains about All of them Evil dishonored bad minded wicked delve hearten entities Puerto Ricans & all the evil Latins Lucifer Dwellers whom Americans have chosen & declared for their second language.

Living among the human race created in hate to destroy the blacks & all Mankind I'll not stop until justice is served until I get black justice for all the Human I get my health clean hard working life back? P.S. I am going to press charges but yourself in position???

& the human race with no regards to the higher lord God amen, I'm going file a Complaint with the CHRO & Depts, of Health public Health & the federal health & Safety, Depts of Labor & workers Comp, ASAP god know my life is in Danger your staffs are destroyers of Innocents peoples life's especially my life.

### PRE-EMPLOMENT INQUIRIES RACE

### VIOLATION OF CHRO-EEOC:

In general, it is assumed that pre-employment requests for information will form the basis for hiring decisions. Therefore, employers should not request information that discloses or tends to disclose an applicant's race unless it has a legitimate business need for such information. If an employer legitimately needs information about its employees' or applicants' race for affirmative action purposes and/or to track applicant flow, it may obtain the necessary information and simultaneously guard against discriminatory selection by using a mechanism, such as "tear-off" sheets. This allows the employer to separate the race-related information from the information used to determine if a person is qualified for the job. Asking for race-related information on the telephone could probably never be justified.

### PRE-EMPLOMENT INQUIRIES & HEIGHTS & WEIGHT
### VIOLATION OF CHRO-EEOC:

1. Height and weight requirements tend to disproportionately limit the employment opportunities of some protected groups and unless the employer can demonstrate how the need is related to the job, it may be viewed as illegal under federal law. A number of states and localities have laws specifically prohibiting discrimination on the basis of height and weight unless based on actual job requirements. Therefore, unless job-related, inquiries about height and weight should be avoided.

## **PRE-EMPLOMENT INQUIRIES & FINANCIAL INFROMATION VIOLATION OF CHRO-EEOC:**

1. "Financial information" includes current or past assets, liabilities, or credit rating, bankruptcy or garnishment, refusal or cancellation of bonding, car ownership, rental or ownership of a house, length of residence at an address, charge accounts, furniture ownership, or bank accounts.
2. Federal law does not prevent employers from asking about your financial information. But, the federal EEO laws *do prohibit* employers from illegally discriminating when using financial information to make employment decisions. First, employers must not apply a financial requirement differently to different people based on their race, color, national origin, religion, sex, disability, age, or genetic information.
1. Second, an employer must not have a financial requirement if it *does not help the employer to accurately identify* responsible and reliable employees, and if, at the same time, the requirement significantly disadvantages people of a particular race, color, national origin, religion, or sex.

2. Third, an employer might have to make an exception to a financial requirement for a person who cannot meet the requirement because of a disability. Employers also must follow the Fair Credit Reporting Act (FCRA), which is not enforced by EEOC. It is enforced by the U.S. Federal Trade Commission. This law requires employers to tell you in writing if they will do a background check. It also requires them to get your written permission to do it, and to send you certain notices when they use the information.

**PRE-EMPLOMENT INQUIRIES & UNEPLOYED STATUS VIOLATION OF CHRO-EEOC:**

1. Unemployed status" includes current or past periods of unemployment. Federal law does not prevent employers from asking about unemployed status, but the federal EEO laws do prohibit using this information to discriminate. If an employer does reject job applicants based on unemployed status, it must do so consistently, without regard to race, color, national origin, religion, sex, disability, age, and genetic information.
2. Employers also must not screen out job applicants based on unemployed status if it does not help the employer to accurately identify responsible and reliable employees and if, at the same time, it significantly disadvantages people of a particular race, color, national origin, religion, or sex. (3)In addition, an employer may have to make exceptions to a policy of rejecting applicants based on unemployed status for applicants whose unemployed status was caused by a disability.

3. Depending on the state you live in, there also may be state laws governing employers' consideration of unemployed status.

## PRE-EMPLOMENT CONSTRUCTTIVEDISCHARGE/FORCED TO RESIGN VIOLATION OF CHRO-EEOC:

It stems from systemic stereotypical beliefs (such as sexist or racist beliefs) that are held by the vast majority living in a society where stereotypes and discrimination are the norm (see institutionalized racism).[1] Such discrimination is typically codified into the operating procedures, policies, laws, or objectives of such institutions. Members of minority groups such as populations of African descent in the U.S. are at a much higher risk of encountering these types of sociostructurally disadvantage. Among the severe and long-lasting detrimental effects of institutionalized discrimination on affected populations are increased suicide rates, suppressed attainment of wealth and decreased access to health care.

Examples of institutionalized discrimination include laws and decisions that reflect racism, such as the *Plessy vs. Ferguson* U.S. Supreme Court case. The verdict of this case ruled in favor of separate but equal public facilities between African Americans and non-African Americans. This ruling was struck down by the *Brown vs. Board of Education* Supreme Court decision. Institutionalized discrimination often exists within the government, though it can also occur in any other type of social institution including religion, education and marriage. Achievement gaps in education may represent an example of institutionalized discrimination.

Two recent studies aimed to explain the complications of assessing educational progress within the United States. One study focused on high school graduation rates, whereas the other study compared dropout rates in suburban and urban schools. By taking a closer look at statistics of test scores and academic achievement, researchers noticed that wealthy whites do better than blacks, poor whites, and Latinos. According to Star Parker, reporter of the *Durham Herald Sun*, graduation rates among whites and Asians are about 25 percent higher than those of blacks, Hispanics, and American Indians. This signifies that academic achievement is linked to socioeconomic status.[2]

### Please Review Appellate/Superior Courts Revised Documents:

The concept of institutional racism re-emerged in political discourse in the late and mid 1990s after a long hiatus, but has remained a contested concept that has been critiqued by multiple constituencies.[7] Institutional racism is the differential access to the goods, services, and opportunities of society.

When the differential access becomes integral to institutions, it becomes common practice, making it difficult to rectify. Eventually, this racism dominates public bodies, private corporations, public and private universities, and is reinforced by the actions of conformists and newcomers. Another difficulty in reducing institutionalized racism is that there is no sole, true identifiable perpetrator. When racism is built into the institution, it emerges as the collective action of the population.

Discriminatory practices under the laws EEOC, enforces also include constructive discharge or forcing an employee to resign by making the work environment so intolerable a reasonable person would not be able to stay.

This is because, in the past, this information was frequently used to exclude applicants with disabilities before their ability to perform a job was evaluated.

Religious corporations, associations, educational institutions, or societies are exempt from the federal laws that EEOC enforces when it comes to the employment of individuals based on their particular religion. In other words, an employer whose purpose and character is primarily religious is permitted to lean towards hiring persons of the same religion.

**VIOLATION OF CHRO-EEOC:**

1. It does not exempt such organizations from employing individuals due to their race, gender, national origin, disability, color, and/or age. Other employers should avoid questions about an applicant's religious affiliation, such as place of worship, days of worship, and religious holidays and should not ask for references from religious leaders, e.g., minister, rabbi, priest, imam, or pastor.
2. Because time is running out Evil Dwellers are getting help from within the CHRO & EEOC, Departments of free equal rights & opportunity with no regards to race?
3. (d) If the commission determines, through its monitoring and compliance procedures and after a complaint is filed and a hearing is held pursuant to subsection (c) of this section, that, with respect to a state contract, a contractor, subcontractor or supplier of materials has (1) fraudulently qualified

as a minority business enterprise, or (2) performed services or supplied materials on behalf of another contractor, subcontractor or supplier of materials knowing (A) that such other contractor, subcontractor or supplier has fraudulently qualified as a minority business enterprise in order to comply with antidiscrimination statute**s**.

4. or contract provisions required under section 4a-60 or 4a-60a, and (B) that such services or materials are to be used in connection with a contract entered into pursuant to subsection (b) of section 4a-60g, the hearing officer or human rights referee before whom such hearing was held shall assess a civil penalty of not more than ten thousand dollars upon such contractor, subcontractor or supplier of materials **Cassandra of Health care services** subjective discriminated & Insulted me' as wall my Nations Capital nationality with no regards to race"☹..!!?

5. Inc. G.A. Federal District Supreme Courts, (RNC) Stat. 780; Pub. L. 91-375. & 6(j) (19) (A0, Aug. 12 1970, 84 Stat. 778; Pub. L. 103-322, title XXXIII, & 330016(1) (1) Sept. 13, 1994, 108 Stat. 2147.) U.S.C (Pub. 91-375, Aug 12, 1970, 84 Stat. 728.) began to change and safe grade America seven higher Superior states.

6. (18) To enter into contracts for and accept grants of private or federal funds and to accept gifts, donations or bequests, including donations of service by attorney Violation (1949 Rev., S. 7401; 1959, P.A. 145, S. 1; 1967, P.A. 253; 636, S. 5, 6; P.A. 75-350, S. 1; P.A. 76-96, S. 1, 2; P.A. 77-452, S. 61, 72; P.A. 80-422, S. 1; 80-449, S. 3, 6; P.A. 81-81, S. 3; 81-382, S. 1; P.A. 82-51,

S. 2; P.A. 83-587, S. 56, 96; P.A. 84-204; P.A. 88-303, S. 4; P.A. 90-246, S. 1; 90-330, S. 2, 11; P.A. 91-58, S. 20; P.A. 95-79, S. 167, 189; P.A. 01-28, S. 1; June 30 Sp. Sess. P.A. 03-6, S. 189; P.A. 07-142, S. 1; P.A. 11-55, S. 1; 11-129, S. 20.) eyes 19 (1949 Rev., S. 2407; 1961, P.A. 379, S. 2; 517, S. 15; 1963, P.A. 289; 595; February, 1965, P.A. 92; 1969, P.A. 450, S. 1, 2; 670, S. 1, 2; P.A. 73-253, S. 1; P.A. 75-577, S. 6, 126; P.A. 79-609, S. 1; P.A. 80-276, S. 1, 6; P.A. 84-372, S. 5, 9; P.A. 90-213, S. 7; P.A. 98-181, S. 2.)

7. Sec are being Violated (1949 Rev., S. 7404; September, 1957, P.A. 11, S. 13; 1967, P.A. 210, S. 1; 715, S. 1; P.A. 75-216, S. 1, 2; 75-597; P.A. 77-452, S. 62, 72; P.A. 78-280, S. 1, 127; P.A. 80-422, S. 3; 80-483, S. 91, 186; P.A. 81-81, S. 4; P.A. 84-88; P.A. 88-317, S. 97, 107; P.A. 89-332, S. 2, 7; P.A. 90-246, S. 6; P.A. 91-58, S. 21; 91-302, S. 2, 5; P.A. 92-85; P.A. 98-245, S. 9, 14; P.A. 99-180, S. 1; P.A. 01-53, S. 3; June 30 Sp. Sess. P.A. 03-6, S. 190; P.A. 05-201, S. 1; P.A. 14-122, S. 182.)?

Sincerely true   *[signature: Steven Bryan]*

Steven O, Bryan

Student Body amen.

## CERTIFICATION:

This is to certify that a copy of the foregoing has been sent this date to the following counsel and self-represented parties, upon whom service is required pursuant to Practice Book Sections 10-12:

*Steven Bayard*

THE PLAINTIFF
BY  11/12/19

Bryan Steven O,

Address PO Box: 380804

East Hartford Ct, 06138

Tel No. 1860-817-7549